UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALANA MONROE,                              21-cv-10340 (JGK)

              Plaintiff,          ORDER

- against -

WHOLE FOODS MARKET GROUP, INC.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

On January 25, 2022, the plaintiff filed an affidavit of service indicating that the defendant was served on December 27, 2021. ECF No. 5. The defendant's answer was due by January 18, 2022. The defendant's time to answer is extended to February 11, 2022. If the defendant fails to answer by then, the plaintiff may seek a default judgment.

SO ORDERED.

Dated:    New York, New York
         January 26, 2022

                                          John G. Koeltl
                                     United States District Judge