**Littler**

Littler Mendelson P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Anastasia Stylianou
Associate
973.848.4761 direct
973.848.4700 main
astylianou@littler.com

January 27, 2022

**VIA ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Alana Monroe v. Whole Foods Market Group, Inc.**
**Civil Action No. 21-cv-10340-JGK**

Dear Judge Koeltl:

> [Handwritten order:] The Court will refer this action to the Court's mediation program. The parties should report to the Court on the status of the case within 7 days of the completion of mediation. The case is otherwise stayed. So ordered. 1/27/22 /s/ John G. Koeltl U.S.D.J.

This firm represents Defendant Whole Foods Market Group, Inc. in the above-referenced matter. We are in receipt of Your Honor's January 26, 2022 Order extending Defendant's time to answer Plaintiff's Complaint to February 11, 2022 (ECF Dkt. No. 6), for which we are appreciative. Defendant did not file its Answer earlier because it was unaware, until yesterday, that the Complaint had been served on the New York Secretary of State, as it has yet to receive notice of such service from the State or Defendant's registered agent.

Both sides in this matter are interested in early mediation under the Court's Second Amended Standing Administrative Order, dated October 1, 2015, for counseled employment discrimination cases. Accordingly, we write to respectfully request that the Court refer this matter to the Court's mediation program and adjourn Defendant's deadline to answer the Complaint until two weeks after the final mediation session, so the parties may focus their efforts on exploring the possibility of an early resolution.

In the alternative, Defendant respectfully requests that its deadline to file its Answer be extended an additional two weeks, to and including February 25, 2022. Defendant requests this additional time to complete its factual investigation and prepare its response, given yesterday's first notice of service of process. This is Defendant's first request for an extension of time to respond to the Complaint.

Honorable John G. Koeltl, U.S.D.J.
January 27, 2022
Page 2

      Plaintiff's counsel consents to both of these requests. We thank the Court for its time and consideration of them.

                              Respectfully submitted,

                              */s/ Anastasia Stylianou*

                              Anastasia Stylianou

cc:    Laine Armstrong, Esq. (via ECF)
        Keith Rosenblatt, Esq. (via ECF)