

Littler Mendelson P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Anastasia Stylianou
Associate
973.848.4761 direct
973.848.4700 main
astylianou@littler.com

November 28, 2022

**VIA ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The case is stayed pending mediation. The parties should advise the Court as to the status within 7 days of the completion of mediation. So ordered.
>
> /s/ J. Koeltl
> U.S.D.J.
> 11/28/22

**Re:   Monroe v. Whole Foods Market Group, Inc.**
      **Civil Action No. 21-cv-10340-JGK**

Dear Judge Koeltl:

     This firm represents Defendant Whole Foods Market Group, Inc. in the above-referenced matter. With the consent of counsel for Plaintiff Alana Monroe, please accept this letter as the parties' joint request for a stay of further discovery and proceedings to allow them to participate in a second, private mediation in this matter. The parties have agreed to mediate before retired Magistrate Judge Steven M. Gold and are in the process of finalizing a mediation date for January 2023.

     The parties previously participated in a mediation on March 21, 2022, in connection with the Court's mediation program. As the matter was in its early stages, the parties were unsuccessful in reaching a resolution. Following the first mediation session, the parties engaged in informal settlement negotiations and discussed participating in a second mediation session. Ultimately, the parties agreed that a second mediation session would not be fruitful without first engaging in further discovery.

     At this time, after exchanging significant written and third-party discovery and completing Plaintiff's deposition, the parties believe that they are now well positioned to reach a resolution, particularly with Magistrate Judge Gold's assistance. Accordingly, the parties respectfully request that this matter be stayed in its entirety pending the outcome of the mediation before Magistrate Judge Gold so that the parties can devote their time and resources towards reaching a settlement.

Honorable John G. Koeltl, U.S.D.J.
November 28, 2022
Page 2

We thank the Court for its courtesies and consideration of this matter.

Respectfully submitted,

/s/ *Anastasia Stylianou*

Anastasia Stylianou

cc: Laine Armstrong, Esq. (via ECF)
Keith Rosenblatt, Esq. (via ECF)